FRANCIS M. GREENE, PLAINTIFF-RESPONDENT, v. DIRECTOR OF DIVISION OF MOTOR VEHICLES, DEFENDANT-PETITIONER.

See same case below: 65 *N. J. Super.* 242.

*Mr. William J. Murray* and *Mr. James M. Kenihan* for the petitioner.

*Mr. John J. Wygant* and *Mr. J. Leonard Hornstein* for the respondent.

May 29, 1961.   Denied.

CROWN LAND CORPORATION, PLAINTIFF-PETITIONER, v. ARMIN MILLER, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Heller & Laiks* for the petitioner.

*Messrs. Ross & Gladden* for the respondents.

May 29, 1961.   Denied.